

# Fourth Court of Appeals
## San Antonio, Texas

August 8, 2016

No. 04-16-00484-CR

**IN RE** Juan Guzman **ZUNIGA**, Jr**.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:   Sandee Bryan Marion, Chief Justice
           Patricia O. Alvarez, Justice
           Jason Pulliam, Justice

On August 1, 2016, Relator filed a petition for writ of mandamus. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real parties in interest may file a response to the petition in this court no later than August 23, 2016.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on August 8, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2006CR5239, styled *State v. Juan Guzman Zuniga*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Jefferson Moore presiding.